McGREGOR W. SCOTT
United States Attorney
MATTHEW D. SEGAL
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2708

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. S-05-161 FCD |
| ) | |
| Plaintiff, ) | |
| v. ) | STIPULATION AND ORDER TO |
| ) | CONTINUE STATUS CONFERENCE |
| AARON WARREN and ) | AND EXCLUDE TIME |
| ANTWAUN PARNELL, ) | |
| ) | |
| Defendants. ) | |
| ) | |

The parties request that the status conference currently set for May 16, 2005 be continued to May 23, 2005 at 9:30 a.m. and stipulate that the time beginning May 16, 2005 and extending through May 23, 2005 should be excluded from the calculation of time under the Speedy Trial Act. The parties submit that the ends of justice are served by the Court excluding such time, so that counsel for each defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(8)(B)(iv). In particular, the attorneys for the defendants need more time to evaluate discovery, which includes tapes and recently disclosed investigative memoranda.

///

1

1  The parties stipulate and agree that the interests of
2 justice served by granting this continuance outweigh the best
3 interests of the public and the defendants in a speedy trial. 18
4 U.S.C. § 3161(h)(8)(A).

                                    Respectfully Submitted,

                                    McGREGOR W. SCOTT
                                    United States Attorney


DATE: March 28, 2005        By: /s/ Matthew D. Segal
                                    MATTHEW D. SEGAL
                                    Assistant U.S. Attorney

DATE: _____            By: /s/ John P. Brennan by MDS
                                    JOHN P. BRENNAN
                                    Attorney for Aaron Warren

DATE: _____            By: /s/ Danny Brace by MDS
                                    DANNY BRACE, JR.
                                    Attorney for Antwaun Parnell

**IT IS SO ORDERED.**

DATED: May 13, 2005


                            /s/ Frank C. Damrell Jr.
                            HON. FRANK C. DAMRELL, JR.
                            U.S. District Judge