MCGREGOR W. SCOTT
United States Attorney
MATTHEW D. SEGAL
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2708

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. S 05-161 FCD |
| Plaintiff, ) | |
| v. ) | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| AARON WARREN & ) ANTWAUN PARNELL, ) | AND EXCLUDE TIME |
| Defendants. ) | |

The parties request that the status conference in this case be continued from May 23, 2005 to June 6, 2005 at 9:30 a.m. and stipulate that time beginning May 23, 2005 and extending through June 6, 2005 should be excluded from the calculation of time under the Speedy Trial Act. The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the government and the defendants may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(8)(B)(iv). Specifically, the parties now expect a plea resolution in this case, and the government needs time to prepare the necessary documents, after which counsel for the defendants will need time to review those documents. The parties stipulate and agree that

1

the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).

                                    Respectfully Submitted,

                                    McGREGOR W. SCOTT
                                    United States Attorney

DATE: May 20, 2005         By:    /s/ Matt Segal
                                  MATTHEW D. SEGAL
                                  Assistant U.S. Attorney

DATE: May 20, 2005                 /s/ John P. Brennan by MDS
                                  JOHN P. BRENNAN
                                  Attorney for Aaron Warren

DATE: May 20, 2005                 /s/Dan Brace by MDS
                                  DAN BRACE, JR.
                                  Attorney for Antwaun Parnell

**IT IS SO ORDERED.**

DATE: May 20, 2005
                                  /s/ Frank C. Damrell Jr.
                                  HON. FRANK C. DAMRELL, JR.
                                  U.S. District Judge