1  McGREGOR W. SCOTT
   United States Attorney
2  MATTHEW D. SEGAL
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2708

5

6

7              IN THE UNITED STATES DISTRICT COURT

8           FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA,      )      CASE NO. S-05-161 FCD
                                  )
11              Plaintiff,        )
                                  )
12      v.                        )      STIPULATION AND ORDER TO
                                  )      CONTINUE STATUS CONFERENCE
13 AARON WARREN and               )      AND EXCLUDE TIME
   ANTWAUN PARNELL,               )
14                                )
                Defendants.       )
15 _____)

16      The parties request that the status conference currently set

17 for June 20, 2005 be continued to July 5, 2005, and stipulate

18 that the time beginning June 20, 2005 and extending through July

19 5, 2005 should be excluded from the calculation of time under the

20 Speedy Trial Act.  The parties submit that the ends of justice

21 are served by the Court excluding such time, so that counsel for

22 each defendant may have reasonable time necessary for effective

23 preparation, taking into account the exercise of due diligence.

24 18 U.S.C. § 3161(h)(8)(B)(iv).  In particular, counsel for all

25 parties need more time to evaluate a possible plea disposition

26 and information relevant to sentencing.  The parties stipulate

27 and agree that the interests of justice served by granting this

28 continuance outweigh the best interests of the public and the

                                   1

defendants in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).

                                     Respectfully Submitted,

                                     McGREGOR W. SCOTT
                                     United States Attorney

DATE: June 17, 2005          By:  /s/ Matt Segal
                                     MATTHEW D. SEGAL
                                     Assistant U.S. Attorney

DATE: June 17, 2005               /s/ John Brennan by MDS
                                     JOHN P. BRENNAN
                                     Attorney for Aaron Warren

DATE: June 17, 2005               /s/ Dan Brace by MDS
                                     DANNY BRACE, JR.
                                     Attorney for Antwaun Parnell

**SO ORDERED.**

/s/ Frank C. Damrell Jr.
FRANK C. DAMRELL, JR.
U.S. District Judge