DANNY D. BRACE, JR., #114466
LAW OFFICE OF DANNY D. BRACE, JR.
901 H Street, Suite 500
Sacramento, CA  95814
(916) 552-6660
Fax:  (916) 447-0592

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>AARON WARRAN and ANTWAUN PARNELL,<br><br>　　　　Defendant | Case No.: CRS 05-161 FCD<br><br>STIPULATION AND ORDER TO RESCHEDULE SENTENCING FOR DEFENDANTS ANTWAUN PARNELL AND AARON WARREN AND EXCLUDE TIME FOR ANTWAUN PARNELL<br><br>"AS MODIFIED" |

The parties stipulate that the sentencing hearing for Antwaun Parnell be taken off the September 26, 2005, calendar and be scheduled to October 11, 2005, at 9:30 a.m.  Additionally, the parties stipulate that the sentencing hearing for Aaron Warren which was previously continued to October 17, 2005, be advanced to the court's October 11, 2005, at 9:30 a.m.

Counsel for defendants request that Aaron Warren and Antwuan Parnell be sentenced at the same hearing.  Counsel for Mr. Parnell is unavailable October 17, 2005, the current date for sentencing of defendant Warren.

///

///

///

///

Stipulation and Order - 1

Respectfully Submitted

Dated this 23rd day of September, 2005

By:/s/ Danny D. Brace, Jr.
DANNY D. BRACE, JR.,
Attorney for Parnell

By: /s/ Scott Tedman
SCOTT TEDMAN
Attorney for Warren

By: /s/ Matthew Segal
MATTHEW SEGAL
United States Attorney

IT IS SO ORDERED:

DATED: September 23, 2005


/s/ Frank C. Damrell Jr.
HON. FRANK C. DAMRELL, JR

Stipulation and Order - 2