```
DANIEL J. BRODERICK, #89424
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Seeking Appointment as Attorney for Defendant
ANTWAUN PARNELL
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>     v.<br><br>ANTWAUN PARNELL,<br><br>           Defendant.<br>_____ | No. 2:05-cr-0161 FCD<br><br>**REQUEST FOR APPOINTMENT OF COUNSEL; ORDER**<br><br>**RETROACTIVE CRACK COCAINE REDUCTION CASE**<br>Date:  Monday, April 14, 2008<br>Time:  10:00 a.m.<br>Judge: Hon. FRANK C. DAMRELL, Jr. |

Pursuant to 18 U.S.C. §§ 3006A(c) and 3852(c)(2), Defendant, ANTWAUN PARNELL, hereby requests the court appoint the Office of the Federal Defender and Assistant Federal Defender David M. Porter as counsel to represent him with respect to his motion to reduce sentence pursuant to 18 U.S.C. § 3582(c)(2), filed pro se on December 28, 2007. Mr. Porter is familiar with the case and is willing to accept the appointment.[*]

Appointment of counsel would serve the interests of justice in this case because it might facilitate a negotiated disposition of the motion and because the motion might raise novel legal issues

---

[*] Mr. Parnell has authorized the undersigned to file this application on his behalf.

surrounding application of the United States Sentencing Commission's recent retroactive reduction of sentences under the crack cocaine guidelines.  Because Mr. Parnell's substantial rights may be affected by these criminal proceedings, he is constitutionally entitled to appointment of counsel.  *Mempa v. Rhay*, 389 U.S. 128, 134 (1967).

Mr. Parnell's completed financial affidavit is attached hereto.

Accordingly, Mr. Parnell requests the Court issue the order lodged herewith.

Dated:   March 11, 2008

>               Respectfully submitted,
>
>               DANIEL J. BRODERICK
>               Federal Defender
>
>
>                 /s/ *David M. Porter*
>               DAVID M. PORTER
>               Assistant Federal Defender
>
>               Seeking Appointment as Attorney for Movant
>               ANTWAUN PARNELL

### **O R D E R**

Pursuant to defendant's request, and good cause appearing therefor, the Office of the Federal Defender and Assistant Federal David M. Porter is hereby appointed to represent defendant with respect to his motion to reduce sentence.

DATED:   March 12, 2008

>               _____
>               HONORABLE FRANK C. DAMRELL, Jr.
>               United States District Judge

REQUEST FOR APPOINTMENT OF COUNSEL

-2-