```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  DAVID M. PORTER, Bar #127024
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Seeking Appointment as Attorney for Defendant
    AARON TERRELL WARREN
 6

 7
```

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 2:05-cr-0161 FCD |
| Plaintiff, | ) **REQUEST FOR APPOINTMENT OF COUNSEL; ORDER** |
| v. | ) |
| AARON TERRELL WARREN, | ) **RETROACTIVE CRACK COCAINE REDUCTION CASE** |
| Defendant. | ) Date: Monday, March 31, 2008<br>) Time: 10:00 a.m.<br>) Judge: Hon. FRANK C. DAMRELL, Jr. |

Pursuant to 18 U.S.C. §§ 3006A(c) and 3852(c)(2), Defendant, AARON TERRELL WARREN, hereby requests the court appoint the Office of the Federal Defender and Assistant Federal Defender David M. Porter as counsel to represent him with respect to his motion to reduce sentence pursuant to 18 U.S.C. § 3582(c)(2), filed pro se on March 13, 2008. Mr. Porter is familiar with the case and is willing to accept the appointment.[*]

Appointment of counsel would serve the interests of justice in this case because it might facilitate a negotiated disposition of the motion and because the motion might raise novel legal issues

---

[*] Mr. Warren has authorized the undersigned to file this application on his behalf.

surrounding application of the United States Sentencing Commission's recent retroactive reduction of sentences under the crack cocaine guidelines. Because Mr. Warren's substantial rights may be affected by these criminal proceedings, he is constitutionally entitled to appointment of counsel. *Mempa v. Rhay*, 389 U.S. 128, 134 (1967).

Mr. Warren's completed financial affidavit is attached hereto.

Accordingly, Mr. Warren requests the Court issue the order lodged herewith.

Dated:  March 13, 2008

>Respectfully submitted,
>
>DANIEL J. BRODERICK
>Federal Defender
>
>   /s/ *David M. Porter*
>DAVID M. PORTER
>Assistant Federal Defender
>
>Seeking Appointment as Attorney for Movant
>AARON TERRELL WARREN

### **O R D E R**

Pursuant to defendant's request, and good cause appearing therefor, the Office of the Federal Defender and Assistant Federal David M. Porter is hereby appointed to represent defendant with respect to his motion to reduce sentence.

DATED:  March 17, 2008

>HONORABLE FRANK C. DAMRELL, Jr.
>United States District Judge

REQUEST FOR APPOINTMENT OF COUNSEL

-2-