DANIEL J. BRODERICK, Bar #89424
Federal Defender
DAVID M. PORTER, Bar #127024
Counsel Designated for Service
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ANTWAUN PARNELL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ANTWAUN PARNELL, <br><br> Defendant. | No. 2:05-CR-0161 FCD <br><br> **ORDER REDUCING SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)** <br><br> **RETROACTIVE CRACK COCAINE REDUCTION CASE** <br> Date:  Monday, April 14, 2008 <br> Time:  10:00 a.m. <br> Judge: Hon. FRANK C. DAMRELL, Jr. |

    This matter came before the Court on the motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2) filed on December 28, 2007.  The motion was set for hearing on April 14, 2008, but because the parties have stipulated to the resolution, the matter is taken off calendar.

    On October 11, 2005, this Court sentenced Mr. Parnell to a term of imprisonment of 70 months.  The parties agree, and the Court finds, that Mr. Parnell is entitled to the benefit of the retroactive amendment reducing crack cocaine penalties, which reduces the applicable offense level from 29 to 27.

    IT IS HEREBY ORDERED that the term of imprisonment originally imposed, which included a 20% reduction from the bottom of the

1  recommended guideline range, is reduced to an aggregate term of 56
2  months on all counts;
3     IT IS FURTHER ORDERED that all other terms and provisions of the
4  original judgment remain in effect.
5     Unless otherwise ordered, Mr. Parnell shall report to the United
6  States Probation office closest to the release destination within
7  seventy-two hours after his release.
8  Dated:  April 11, 2008

_____
HONORABLE FRANK C. DAMRELL, Jr.
United States District Judge

ORDER REDUCING SENTENCE
-2-