# UNITED STATES DISTRICT COURT
for the

EASTERN District of CALIFORNIA

|  |  |
|---|---|
| United States of America | ) |
| v. | ) |
|  | ) Case No:  2:05-CR-0161-02 FCD |
|  | ) USM No:  15700-097 |
| Date of Previous Judgment:  10/11/2005 | ) David M. Porter, AFD |
| (Use Date of Last Amended Judgment if Applicable) | ) Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of   X  the defendant   ❒ the Director of the Bureau of Prisons   ❒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
  ❒ DENIED.   X GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of  70  months **is reduced to**  56  .

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| Previous Offense Level:  29 | Amended Offense Level:  27 |
|---|---|
| Criminal History Category:  I | Criminal History Category:  I |
| Previous Guideline Range:  87  to  108  months | Amended Guideline Range:  70  to  87  months |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
❒ The reduced sentence is within the amended guideline range.
X The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
❒ Other (explain):

**III. ADDITIONAL COMMENTS**

Except as provided above, all provisions of the judgment dated  10/11/2005  shall remain in effect.
**IT IS SO ORDERED**.

Order Date:  04/11/2008

_____
Judge's signature

Effective Date: _____
(if different from order date)

Honorable FRANK C. DAMRELL JR., Judge
Printed name and title