```
DANIEL J. BRODERICK, #89424
Federal Defender
MICHAEL PETRIK, Jr., #177913
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700
```

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 05-161-2 FCD |
| Plaintiff, ) | [~~PROPOSED~~] RELEASE ORDER |
| v. ) | Date: February 7, 2011 |
|  ) | Time: 10:00 a.m. |
| ANTWAUN PARNELL, ) | Judge: Hon. Frank C. Damrell, Jr. |
| Defendant. ) |  |

On February 7, 2011, this matter came before the Court for sentencing. The Court imposed a sentence of time served.

Good cause appearing therefor,

**IT IS ORDERED** that Mr. Parnell be released from federal custody immediately.

Dated: 2/7/11

_____
FRANK C. DAMRELL, Jr.
United States District Judge