HEATHER E. WILLIAMS, #122664
Federal Defender
NOA E. OREN, #297100
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
Noa_Oren@fd.org

Attorney for Defendant
ANTWAUN PARNELL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  vs.<br><br>ANTWAUN PARNELL,<br><br>  Defendant. | Case No. 2:05-CR-0161-02-KJM<br><br>STIPULATION AND ORDER CONTINUING SELF-SURRENDER |

It is hereby stipulated between the parties, through Assistant United States Attorney Brian Fogerty, Probation Officer Vladimir Pajcin, and Assistant Federal Defender Noa Oren, that this court change the date of Mr. Parnell's court-ordered temporary release to attend an uncle's funeral and visit with another ailing uncle. Mr. Parnell, through his attorney Noa Oren, requests this court change the date from November 5-13, 2014 to November 10-18, 2014.

Mr. Parnell requests this change because the Sacramento County jail has detained him on his state case since his release from federal custody on November 5, 2014. The Sacramento County jail will release Mr. Parnell from state custody on November 10, 2014. Modifying the court-ordered temporary release date will permit Mr. Parnell both to attend his uncle's funeral and visit his ailing uncle, in the manner this court contemplated when disposing of Mr. Parnell's case.

///

///

The parties agree that Mr. Parnell's court-ordered temporary release date of November 5-13, 2014, be continued to November 10-18, 2014.

Dated:  November 07, 2014          Respectfully submitted,

                                                          HEATHER E. WILLIAMS
                                                          Federal Defender

                                                          /s/ Noa E. Oren
                                                          NOA E. OREN
                                                          Assistant Federal Defender
                                                          Attorney for Defendant
                                                          ANTWAUN PARNELL

Dated:  November 07, 2014          BENJAMIN B. WAGER
                                                          United States Attorney

                                                          */s/ Brian Fogerty*
                                                          BRIAN FOGERTY
                                                          Assistant United States Attorney

**O R D E R**

IT IS HEREBY ORDERED that the court-ordered temporary release of Mr. Parnell be changed to November 10-18, 2014 from November 5-13, 2014.

DATED:  November 10, 2014.

                                                          UNITED STATES DISTRICT JUDGE

Stipulation and Order to Continue Self-Surrender