UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ANTWAUN PARNELL,<br><br>　　　　Defendant. | No. 2:05-cr-00161-KJM<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO: THE UNITED STATES MARSHAL SERVICE

This is to authorize and direct you to release ANTWAUN PARNELL; Case No. 2:05-cr-00161-KJM, from custody for the following reasons:

___Release on Personal Recognizance

___Bail Posted in the Sum of $

　　　___ Unsecured Appearance Bond

　　　___ Appearance Bond with 10% Deposit

　　　___ Appearance Bond with Surety

　　　___ Corporate Surety Bail Bond

__X__ (Other) Temporary Release: The defendant shall be released today to allow visitation with an ill family member and to attend a funeral of another family member.

Issued at Sacramento, California on __11/5/14__, at __9:45 a.m.__

_____
Kimberly J. Mueller
United States District Judge